

# In the Missouri Court of Appeals
# Eastern District

JULY 29, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED99046    STATE OF MISSOURI, RES V DARRELL LEWIS, APP

2.    ED99943 STATE OF MISSOURI, RES V KENNETH ROBERTS, APP

3.    ED100210 DOROTHY RISSELL, APP V. MICHAEL E. RISSELL, RES

4.    ED100226 MATTHEW PRINCE, RES V. COL. RONALD REPLOGLE, APP

5.    ED100274 JOHN S. MORAN, RES V. ANDREA L. MORAN, APP

6.    ED100693 DANIEL W. FOSTER, APP V STATE OF MISSOURI, RES

**WITHDRAWAL:**

1.    ED100001 XIAOYAN GU, APP V. DA HUA HU & ACE INA INS CO, RES